**U.S. Department of Labor**  Benefits Review Board
P.O. Box 37601
Washington, DC 20013-7601



BRB No. 13-0213 BLA
Case No. 2011-BLA-6129



RICHARD L. MILLER )
 )
    Claimant-Respondent )
 )
v. )
 )
COASTAL COAL COMPANY ) DATE ISSUED: JUL 2 8 2014
 )
    Employer-Petitioner )
 )
DIRECTOR, OFFICE OF WORKERS' )
COMPENSATION PROGRAMS, UNITED )
STATES DEPARTMENT OF LABOR ) ORDER on MOTION for
 ) RECONSIDERATION
    Party-in-Interest ) EN BANC

After consideration of employer's contentions and en banc review of the Board's disposition of this case, a majority of the members of the Board[1] have voted to deny employer's motion for reconsideration. Employer's motion for reconsideration is therefore DENIED.[2] 33 U.S.C. §921(b)(5); 20 C.F.R. §§801.301(a), (c), 802.407(b), 802.409.

---

[1] Chief Administrative Appeals Judge Nancy S. Dolder, who was on the original panel in this case, retired on April 30, 2014.

[2] As a majority of the Board members have denied reconsideration, employer's request for oral argument is also denied. 20 C.F.R. §802.306.

RECEIVED

F.B.L. MORGANTOWN

_____
BETTY JEAN HALL, Acting Chief
Administrative Appeals Judge


_____
ROY P. SMITH
Administrative Appeals Judge


_____
REGINA C. McGRANERY
Administrative Appeals Judge


_____
JUDITH S. BOGGS
Administrative Appeals Judge

**CERTIFICATE OF SERVICE**

2013-0213-BLA Mr. Richard Lee Miller v. Coastal Coal Company, Director, Office of Workers' Compensation Programs (Case No. 11-BLA-6129)

I certify that the parties below were served this day.

JUL 2 8 2014
_____
(DATE)

_____
Thomas O. Shepherd, Jr., Esq.
Clerk of the Appellate Boards

Helen H. Cox, Esq.
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave., Suite N-2119
Washington, DC 20210
   --Certified

Jeffrey R. Soukup, Esq.
Jackson Kelly PLLC
150 Clay Street, Suite 500
P.O. Box 619
Morgantown, WV 26507
   --Certified

Michael P. Lesniak
U. S. Department of Labor
Office of Administrative Law Judges
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1800
Pittsburgh, PA 15222

Mr. Michael Chance
District Director
U.S. Department of Labor
Suite C-3515, NDOL
Washington, DC 20210

Otis R. Mann, Jr., Esq.
215 Hale Street
Charleston, WV 25301
   --Certified

Seena Foster, Esq.
Office of Administrative Law Judges
Techworld Plaza
800 K Street NW
Suite 400
Washington, DC 20210

Mr. Richard Lee Miller
64 Watertower Lane
Tunnelton, WV 26444
   --Certified