

**U.S. Department of Labor**

Benefits Review Board
P.O. Box 37601
Washington, DC 20013-7601



October 30, 2014

Patricia S. Connor, Clerk
U.S. Court of Appeals
 for the Fourth Circuit
1100 East Main Street
Suite 501
Richmond, VA  23219-3517

> Re:  CA#14-2012 – Coastal Coal – West Virginia, LLC, Petitioner v.
> Director, Office of Workers' Compensation Programs and
> Richard L. Miller, Respondents (Case No. 11-BLA-6129)
> (BRB No. 13-0213 BLA)

Dear Ms. Connor:

The above-cited case has been appealed to your Court.

Enclosed, please find the certified case record.

Sincerely,

BENEFITS REVIEW BOARD

Thomas O. Shepherd, Jr.
Clerk of the Appellate Boards

BRB No. 13-0213 BLA                                         CA#14-2012

## CERTIFICATE

I, Thomas O. Shepherd, Jr.; Clerk of the Office of
the Appellate Boards, U.S. Department of Labor, do
hereby certify that the papers enclosed herewith constitute
the record before the Benefits Review Board.

In testimony thereof, the undersigned has hereunder
set his hand at Washington, DC this 30th day of October 2014.

By: _____

Thomas O. Shepherd, Jr.
Office of the Clerk of the Appellate Boards

000077

CA#14-2012: COASTAL COAL – WEST VIRGINIA, LLC, Petitioner v. DIRECTOR
OFFICE OF WORKERS' COMPENSATION PROGRAMS and
RICHARD LEE MILLER, Respondents (Case No. 11-BLA-6129)
(BRB 13-0213 BLA)

<table>
<tr><td colspan="2"><u>INDEX OF DOCUMENTS</u></td><td><u>PAGES</u></td></tr>
<tr><td>Benefits Review Board's Order on Motion for Reconsideration En Banc<br>dated July 28, 2014.</td><td></td><td>1-3</td></tr>
<tr><td>Employer's motion requesting reconsideration and rehearing en banc with<br>attached cover letter from William S. Mattingly dated January 21, 2014.</td><td></td><td>4-8</td></tr>
<tr><td>Employer's brief in support of motion for reconsideration and rehearing<br>en banc with attached cover letter from William S. Mattingly dated<br>January 21, 2014.</td><td></td><td>9-26</td></tr>
<tr><td>Benefits Review Board's Decision and Order affirming the administrative<br>law judge's Decision and Order Award of Benefits, Judge Boggs dissenting<br>dated December 23, 2013.</td><td></td><td>27-39</td></tr>
<tr><td>Director's letter indicating that he will not be filing a response brief from<br>Helen H. Cox dated July 12, 2013.</td><td></td><td>40</td></tr>
<tr><td>Benefits Review Board's Order allowing the Director ten (10) days to file<br>a response brief dated July 1, 2013.</td><td></td><td>41-43</td></tr>
<tr><td>Director's motion for enlargement of time to submit a response brief from<br>Helen H. Cox dated June 19, 2013.</td><td></td><td>44-46</td></tr>
<tr><td>Memorandum transmitting official record to the Board from<br>Mr. Gerald L. Delo dated May 31, 2013.</td><td></td><td>47</td></tr>
<tr><td>Employer's Petition for Review and brief with attached cover letter from<br>Jeffrey R. Soukup dated May 14, 2013.</td><td></td><td>48-86</td></tr>
<tr><td>Benefits Review Board's Order allowing employer ten (10) days<br>to file its Petition for Review and brief dated May 7, 2013.</td><td></td><td>87-89</td></tr>
<tr><td>Employer's motion for extension of time with attached cover letter from<br>Jeffrey R. Soukup dated April 16, 2013.</td><td></td><td>90-93</td></tr>
</table>

000078

CA#14-2012:  COASTAL COAL – WEST VIRGINIA, LLC, Petitioner v. DIRECTOR
OFFICE OF WORKERS' COMPENSATION PROGRAMS and
RICHARD LEE MILLER, Respondents (Case No. 11-BLA-6129)
(BRB 13-0213 BLA)

### INDEX OF DOCUMENTS CONTINUED

| | PAGES |
|---|---|
| Benefits Review Board's letter acknowledging employer's appeal, setting briefing schedule and requesting the case record dated dated March 18, 2013. | 94-95 |
| Director's change of counsel from Helen H. Cox dated February 26, 2013. | 96 |
| Employer's Notice of Appeal with attachment and cover letter from Jeffrey R. Soukup dated February 8, 2013. | 97-122 |

Decision and Order Awarding Benefits of Administrative Law Judge
Michael P. Lesniak dated January 9, 2013.

Administrative Law Judges materials

Original Transcript of hearing held before the Office of Administrative Law Judges in
Morgantown, West Virginia on July 25, 2012.

Director's Exhibits:    1 through 20, 21 through 32 present but not listed in Transcript
Claimant's Exhibits:    1 through 7
Employer's Exhibits:    1 and 2, 3 and 4 present but not listed in Transcript