

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

RICHMOND, VIRGINIA

| | |
|---|---|
| IN THE MATTER OF: | )<br>) |
| COASTAL COAL-WEST VIRGINIA, LLC, | )<br>) FOURTH CIR. NO.: 14-2012<br>) |
| Petitioner, | )<br>)<br>) |
| v. | )<br>) |
| RICHARD L. MILLER, | )<br>)<br>) |
| Respondent, | )<br>) |
| and | )<br>)<br>) |
| DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) |
| Statutory Respondent. | )<br>) |

**AFFIDAVIT OF JEFFREY R. SOUKUP
SUBMITTED IN SUPPORT OF
COASTAL COAL-WEST VIRGINIA, LLC'S
MOTION FOR PANEL RECONSIDERATION**

1.   My name is Jeffrey R. Soukup. I am the attorney of record for the Petitioner in this appeal, Coastal Coal-West Virginia, LLC.

1

2. On January 21, 2014, I authorized the mailing of Coastal Coal-West Virginia, LLC's Motion for Reconsideration and Rehearing En Banc by the Benefits Review Board, via United States Postal Service overnight mail, in this federal black lung claim.

3. To the best of my knowledge and understanding, and as confirmed by the certificate of service and delivery label, that motion was sent United States Postal Service overnight mail on January 21, 2014, just as I authorized.

Further the Affiant sayeth not.

*[signature]*
Jeffrey R. Soukup
5/12/15
Date

COMMONWEALTH OF KENTUCKY )
)
COUNTY OF _Fayette_ )

Before me, a notary public in and for the state and county aforesaid, personally appeared JEFFREY R. SOUKUP, known to me or proven to me on the basis of satisfactory evidence, who executed and acknowledged the foregoing instrument.

IN WITNESS WHEREOF, I have set my hand and seal this _12_ day of _May_, 2015.

_Kimberly Robinson_
Notary Public

**KIMBERLY ROBINSON**
**NOTARY PUBLIC**
**STATE AT LARGE**
**KENTUCKY**
**MY COMMISSION EXPIRES JANUARY 12, 2019**
(Seal)

My Commission expires: _1/12/19_

4844-0579-9971, v. 1